**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8056**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

JUSTIN HAWKINS, a/k/a Main,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge.   (5:98-cr-00016-BO-1)

Submitted:  April 1, 2010          Decided:  April 12, 2010

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Justin Hawkins, Appellant Pro Se.   Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Hawkins appeals the district court's order granting his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006), which sought a reduction in sentence based upon the amendments to the crack cocaine sentencing guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Hawkins, No. 5:98-cr-00016-BO-1 (E.D.N.C. filed Oct. 30, 2009 & entered Nov. 1, 2009). We deny Hawkins' motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2